JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 21, 2009

Check No. 1768003

Check Amount: $11,773.30

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-43169-R | 00006 | SHERRY CORNING | 21 | 8419 | 29.48 | 0.00 | 29.48 |
| | | Original check written to: <br> CAPITAL ONE SERVICES <br> 15000 CAPITAL ONE DRIVE <br> RICHMOND, VA 23238-1119 | | | | | |
| 04-43481-R | 00040 | KENNETH W. & PAMELA FARRELL | 14 | XXXXX3414 | 127.34 | 0.00 | 127.34 |
| | | Original check written to: <br> CAPITAL ONE SERVICES <br> 15000 CAPITAL ONE DRIVE <br> RICHMOND, VA 23238-1119 | | | | | |
| 04-43552-R | 00005 | ERIC MICHAEL & AMANDA HACKETT MORRISON | 9 | XXXXX3275 | 35.49 | 0.00 | 35.49 |
| | | Original check written to: <br> CAPITAL ONE SERVICES <br> 15000 CAPITAL ONE DRIVE <br> RICHMOND, VA 23238-1119 | | | | | |
| 04-43673-R | 00003 | MARK EDWARD & ANGELINE FAYTEEN HOUGHTLIN | 9 | XXXXX7819 | 17.63 | 0.00 | 17.63 |
| | | Original check written to: <br> CITIFINANCIAL <br> INVESTMENT RECOVERY <br> 1111 NORTHPOINT DRIVE, BLDG 4 <br> COPPELL, TX 75019-3831 | | | | | |
| 04-43940-R | 00031 | GURLEY FRANK & ONITA FAYE CLARK | 7 | XXXXX7522 | 22.22 | 0.00 | 22.22 |
| | | Original check written to: <br> SECURITY FINANCE <br> CENTRAL BANKRUPTCY <br> 652 BUSH RIVER ROAD #206 <br> COLUMBIA, SC 29210-7537 | | | | | |
| 04-44013-R | 00025 | JEREMY & CHRISTINA SHELTON | 0 | 9869 | 36.44 | 0.00 | 36.44 |
| | | Original check written to: <br> TEXAS GUARANTEED STUDENT LOAN <br> P. O. BOX 659602 <br> SAN ANTONIO, TX 78265 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 21, 2009

Check No. 1768003

Check Amount: $11,773.30

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-44013-R | 00026 | JEREMY & CHRISTINA SHELTON | 5 | XXXXXIDED | 58.77 | 0.00 | 58.77 |
| | | Original check written to: MICHAEL HAMPTON 1812 BROOKSHIRE LANE SHERMAN, TX 75092 | | | | | |
| 04-44130-R | 00020 | JOE JOHNNY & MISTY NICOLE SOLIS | 12 | 1532 | 290.92 | 0.00 | 290.92 |
| | | Original check written to: CHECK N GO ATTN: ARG BANKRUPTCY 5155 FINANCIAL WAY MASON, OH 45040 | | | | | |
| 04-44130-R | 00022 | JOE JOHNNY & MISTY NICOLE SOLIS | 6 | 5448 | 837.84 | 0.00 | 837.84 |
| | | Original check written to: CASH STORE 1300 WEST WALNUT HILL LANE SUITE 255 IRVING, TX 75038 | | | | | |
| 04-44599-R | 00032 | ROBERT LYLE & PAMELA ROSEMARY CHESNEY | 11 | XXXXX0458 | 5.12 | 0.00 | 5.12 |
| | | Original check written to: CINGULAR WIRELESS BANKO P. O. BOX 309 PORTLAND, OR 97207-0309 | | | | | |
| 04-44599-R | 00033 | ROBERT LYLE & PAMELA ROSEMARY CHESNEY | 7 | XXXXX2387 | 0.86 | 0.00 | 0.86 |
| | | Original check written to: QUESTCARE MEDICAL SERVICE, PA C/O NCO FINANCIAL SYSTEMS, INC P. O. BOX 41567 PHILADELPHIA, PA 19101 | | | | | |
| 04-44613-R | 00012 | ELANA S. INGRAM | 10 | XXXXX8-02 | 67.45 | 17.68 | 85.13 |
| | | Original check written to: GE CAPITAL CONSUMER CARD CO P. O. BOX 52051 PHOENIX, AZ 85072-2051 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 21, 2009

Check No. 1768003

Check Amount: $11,773.30

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-44613-R | 00027 | ELANA S. INGRAM | 9 | XXXXX0598 | 82.48 | 0.00 | 82.48 |
| | | Original check written to: <br> GE CAPITAL CONSUMER CARD CO <br> P. O. BOX 52051 <br> PHOENIX, AZ 85072-2051 | | | | | |
| 04-44613-R | 10012 | ELANA S. INGRAM | 10 | XXXXX8-02 | 248.60 | 0.00 | 248.60 |
| | | Original check written to: <br> GE CAPITAL CONSUMER CARD CO <br> P. O. BOX 52051 <br> PHOENIX, AZ 85072-2051 | | | | | |
| 04-44648-R | 00006 | THOMAS C. & DORIS D. TAYLOR | 6 | XXXXX3901 | 120.62 | 0.00 | 120.62 |
| | | Original check written to: <br> HC PROCESSING CENTER <br> P. O. BOX 22112 <br> TULSA, OK 74121-2112 | | | | | |
| 04-44817-R | 00035 | TED LEON & DAVELLEN GRACE WILLOUGHBY | 6 | XXXXX6929 | 13.70 | 0.00 | 13.70 |
| | | Original check written to: <br> MICHAEL ALLISON, M.D. <br> 4144 NORTH CENTRAL EXPRESSWAY <br> SUITE 700 <br> DALLAS, TX 75204 | | | | | |
| 04-44898-R | 00017 | JORGE & FRANCIA ENRIQUETA ALMEIDA | 14 | XXXXX8044 | 57.58 | 0.00 | 57.58 |
| | | Original check written to: <br> GE CAPITAL CONSUMER CARD CO <br> P. O. BOX 52051 <br> PHOENIX, AZ 85072-2051 | | | | | |
| 04-44898-R | 00044 | JORGE & FRANCIA ENRIQUETA ALMEIDA | 11 | XXXXX6285 | 212.21 | 0.00 | 212.21 |
| | | Original check written to: <br> CITIFINANCIAL <br> INVESTMENT RECOVERY <br> 1111 NORTHPOINT DRIVE, BLDG 4 <br> COPPELL, TX 75019-3831 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 21, 2009

Check No. 1768003

Check Amount: $11,773.30

NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-45174-R | 00053 | CARMEN L. SEDA-MORALES | 7 | XXXXX2401 | 305.51 | 73.25 | 378.76 |
| | | Original check written to: <br> BANK OF AMERICA <br> BANKRUPTCY DEPT. NC4-105-03-14 <br> P. O. BOX 26012 <br> GREENSBORO, NC 27420-6012 | | | | | |
| 04-45174-R | 00054 | CARMEN L. SEDA-MORALES | 0 | XXXXX5505 | 1,136.82 | 172.04 | 1,308.86 |
| | | Original check written to: <br> ABN AMRO MORTGAGE GROUP, INC. <br> 7159 CORKLAN DRIVE <br> JACKSONVILLE, FL 32258 | | | | | |
| 04-50205-R | 00014 | RODDY W. & BRENDA H. SIMPSON | 17 | XXXXX8331 | 64.70 | 0.00 | 64.70 |
| | | Original check written to: <br> CAPITAL ONE SERVICES <br> 15000 CAPITAL ONE DRIVE <br> RICHMOND, VA 23238-1119 | | | | | |
| 05-40805-R | 00011 | JOHN T. SMITH | 4 | 1621 | 8.71 | 0.00 | 8.71 |
| | | Original check written to: <br> RISK MANAGEMENT ASSOCIATES <br> 7775 BAYMEADOWS WAY #302 <br> JACKSONVILLE, FL 32256-7532 | | | | | |
| 05-41326-R | 00022 | MICAH CYD WOMACK | 13 | 5997 | 735.69 | 0.00 | 735.69 |
| | | Original check written to: <br> ASSET ADVANTAGE, INC. <br> C/O LAW OFFICE OF ROBERT SERIAN <br> 27955 SMYTH DRIVE, SUITE 107 <br> VALENCIA, CA 91355 | | | | | |
| 05-41623-R | 00043 | GARY DON & MICA TALITHA BROCKMAN | 6 | XXXXX2323 | 230.40 | 0.00 | 230.40 |
| | | Original check written to: <br> SILVER COLLECTION <br> 5500 NORTH WESTERN, SUITE 155 <br> OKLAHOMA CITY, OK 73118 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 21, 2009

Check No. 1768003

Check Amount: $11,773.30

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-41680-R | 00012 | COLLIN & LEAH MCDONALD | 12 | 2465 | 370.88 | 0.00 | 370.88 |
| | | Original check written to: <br> CHEVRON CREDIT BANK, N.A. <br> 2001 DIAMOND BLVD. <br> P. O. BOX 5010, SECT. 230 <br> CONCORD, CA 94524-0010 | | | | | |
| 05-42007-R | 00011 | RONNEY L. & KIMBERLY E. RAY | 14 | 4327 | 194.24 | 0.00 | 194.24 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 05-43209-R | 00061 | MICHAEL EARL & AMANDA JANE DYER | 17 | XXXXX5742 | 63.63 | 7.20 | 70.83 |
| | | Original check written to: <br> STILLWATER NATIONAL BANK <br> 608 SOUTH MAIN <br> STILLWATER, OK 74074 | | | | | |
| 05-47354-R | 00001 | MARK H. & MICHA HARRIS | 1 | XXXXX7390 | 31.95 | 0.00 | 31.95 |
| | | Original check written to: <br> CAPITAL ONE <br> C/O TSYS DEPT MANAGEMENT <br> P. O. BOX 5155 <br> NORCROSS, GA 30091-5155 | | | | | |
| 06-50174-R | 00026 | STEVEN P & DARLENE R GRAHAM | 20 | XXXXX7850 | 1,193.42 | 728.08 | 1,921.50 |
| | | Original check written to: <br> GREEN TREE <br> P. O. BOX 0049 <br> PALATINE, IL 60055-0049 | | | | | |
| 06-50174-R | 00045 | STEVEN P & DARLENE R GRAHAM | 20 | XXXXX7850 | 666.58 | 406.64 | 1,073.22 |
| | | Original check written to: <br> HOME VEST CAPITAL, LLC <br> P. O. BOX 60771 <br> CHARLOTTE, NC 28260-0771 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: December 21, 2009

Check No. 1768003

Check Amount: $11,773.30

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-50073-R | 00005 | THOMAS EDWARD AUTREY | 11 | XXXXX0258 | 0.00 | 27.39 | 27.39 |
| | | Original check written to: <br> WILSHIRE FINANCIAL SERVICE/WELLS FARGO <br> P. O. BOX 8517 <br> PORTLAND, OR 97207-8517 | | | | | |
| 08-42645-R | 00001 | CURTIS DWAYNE ARNOLD & CONNIE LYNN MCMANN | 2 | XXXXX3281 | 0.00 | 27.76 | 27.76 |
| | | Original check written to: <br> TRIAD FINANCIAL CORP <br> 5201 RUFE SNOW DRIVE <br> SUITE 400 <br> NORTH RICHLAND HILLS, TX 76180 | | | | | |
| 08-42714-R | 00009 | JASON R STERLING & JESSICA S ERWIN | 5 | 4764 | 0.00 | 11.51 | 11.51 |
| | | Original check written to: <br> STERLING INC. <br> C/O TRAUNER COHEN & THOMAS <br> 5901-C PEACHTREE DUNWOODY ROAD <br> SUITE 500 <br> ATLANTA, GA 30328 | | | | | |
| | | | | **TOTALS** | **$7,267.28** | **$1,471.55** | **$8,738.83** |